STATE OF OREGON, *Respondent,*

*v.*

RANDALL DEAN LAMARR, *Appellant.*

(No. CC 77-31, CA 10843)

583 P2d 37

 .

Gary D. Babcock, Public Defender, and Marianne Oswald, Deputy Public Defender, Salem, filed the brief for appellant.

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson, and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes that under *State v. Stevens,* 253 Or 563, 456 P2d 494 (1969), and *State v. Wright,* 31 Or App 1213, 572 P2d 361 (1977), "the trial court was without authority, when it revoked defendant's probation, to order that a sentence previously imposed be served consecutively to another sentence imposed during the period of probation."

Reversed and remanded for resentencing.